

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. LYNCH : CIVIL ACTION
:
v. : 
: No. 08-4780
CITY OF PHILADELPHIA, et al. :

## ORDER

And now this 20th day of May, 2009, Defendants' Motions to Dismiss (Documents 15 and 22) are GRANTED. Defendant Philadelphia Parking Authority's Motion for Sanction and Future Litigation Restrictions (Document 24) is DENIED. The above-captioned case shall be marked CLOSED for statistical purposes.

BY THE COURT:

Juan R. Sánchez, J.